## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
　　　　　　　THAT IS STORED
AT PREMISES CONTROLLED BY Google,
Inc., 1600 Amphitheatre Parkway, Mountain
View, CA 94043

Case No. *15-187M*

**Filed Under Seal**

SEALED  UNSEALED 6/30/17 *KSK*

## MOTION AND ORDER TO SEAL

NOW COMES the United States of America, by and through its attorneys, Charles M.

Oberly, III, United States Attorney for the District of Delaware, and Jennifer L. Hall, Assistant

United States Attorney for the District of Delaware, and hereby moves to seal the Search Warrant,

Application and Affidavit for Search Warrant and related file in the above-captioned matter until

further order of the Court.

Respectfully submitted,

REDACTED

CHARLES M. OBERLY, III
United States Attorney

BY: _____
Jennifer L. Hall
Assistant United States Attorney

Dated: *November 25, 2015*

**IT IS SO ORDERED** this ___25___ day of ___November___, 2015, that the

Search Warrant, Application and Affidavit for Search Warrant and related file in the

above-captioned matter are sealed until further order of the Court.

_____
HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE